# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

IN RE:

                                    CASE NO: 8:16-bk-08112-CPM

**ISIDORO BARRCOAS**                 **CHAPTER 13**
**ROSA M. BARROCAS**

    **Debtors**

_____/

## MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION

     COMES NOW, Isidoro and Rosa Barrocas ("Debtors"), and request entry of an order referring the Debtors and Seterus, Inc. ("Creditor") (Loan no. ending in 7422), whose mortgage lien encumbers the Debtors' real property located at 6647 Colonia Drive, Sarasota, FL 34231.

1. The Debtor filed this bankruptcy case in an attempt to retain their real property.
2. The Debtor would like to modify the terms of the mortgage encumbering their real property. The Debtors' income will allow them to contribute as much as 31 percent of their current gross income to payment of their modified mortgage debt.
3. Mediation will assist the parties in negotiation of a modification of the relevant mortgage.

     WHEREFORE, the Debtors request the entry of an order referring this case to mediation and for such other and further relief as this Court deems just and proper.

     DATED this 5th day of December, 2016.

                                                          Respectfully submitted,

                                                           /s/ Alexander T. Dowding
                                                          Alexander T. Dowding, Esq.
                                                           Florida Bar No. 104984
                                                           Alliance Legal Group, P.L.
                                                          5632 Bee Ridge Road, Suite 200
                                                          Sarasota, FL 34233
                                                          Tel. 941-556-4421
                                                          Fax 941-487-7592
                                                          adowding@alliance-law.com

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that a true and correct copy of the foregoing was served this 5th day of December, 2016 through the Court's CM/ECF system, to the parties listed below, at their e-mail addresses registered with the Court or by regular U.S. Mail postage, Prepaid:

U.S. Trustee

Jon Waage, Chapter 13 Trustee

Seterus, Inc., 14523 SW Milikan Way Street, Beaverton, OR 97005

Brian L. Rosaler, Esq., Popkin & Rosaler, PA, attorney for creditor

               /s/ Alexander T. Dowding
               Alexander T. Dowding, Esq.
               Florida Bar No. 104984