**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

    Isidoro Barrocas, et.al.,                        CASE NO. 16-08112-CPM

    Rosa M. Barrocas, et.al.,,                   Chapter 13

    _____ Debtor(s) /

MEDIATOR'S REPORT OF MORTGAGE MODIFICATION AND NOTICE OF COMPLETED MEDIATION

    In accordance with the Court's Order of Referral to mediation, dated December 6, 2016 (Docket #18), a mediation conference was concluded March 3, 2017. The results are indicated below:

A. The following individuals were notified:
1. Isidoro Barrocas — Debtor
2. Rosa M. Barrocas — Debtor
3. Alexander T. Dowding — Debtor Attorney
4. Amy Truss — Attorney Assistant
5. Corey Ohayon — Creditor Attorney ( Popkin & Rosaler)
6. Kevin Foster — Representative, Seterus

C. The outcome of the mediation conference is as follows:

    _____ A Mortgage Modification was offered.
       X    The parties did not reach agreement.
    _____ The parties agreed to adjourn the mediation to _____ (date).
    _____ The mediation has been terminated.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically and/or by U.S. mail on March 3, 2017; pursuant to Local Rule 7005-3 to: Alexander T. Dowding, Esq., Alliance Legal Group, P.L. 5632 Bee Ridge Road, Sarasota, FL 34233 ( data@alliance-law.com) and Corey Ohayon, Esq., Popkin & Rosaler, P.A., 1701 West Hillsboro Boulevard, Suite 400, Deerfield Beach, FL 33442 (cohayon@popkinrosaler.com).

    /s/ Traci K. Stevenson, Mediator
    P.O. Box 86690
    Madeira Beach, FL  33738
    Telephone: 727-397-4838
    tracikstevenson@gmail.com